IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff, <br><br> vs. <br><br> DARELL RICHARDS, <br><br>                 Defendant. | 8:13CR371 <br><br> MEMORANDUM AND ORDER |

This matter is before the Court the defendant's motion for compassionate release, Filing No. 117. The Court filed an Order appointing the Federal Public Defender's Office to represent the defendant. Attorney Cheryl M. Kessell filed a notice of appearance. Filing No. 119. The probation department has likewise filed a release investigation report. Filing No. 120.

In its Order, Filing No. 118, the Court gave the defendant 60 days, or until November 28, to provide the Court with documentation that he had attempted to exhaust his administrative remedies with the Bureau of Prisons. To date, nothing has been received by the Court.

Accordingly, the Court shall give the defendant seven days from the date of this Order to comply with Filing No. 118. Failure to do so shall result in dismissal of his motion and his case.

IT IS SO ORDERED.

Dated this 14th day of December, 2021.

BY THE COURT:
s/ Joseph F. Bataillon
Senior United States District Judge