IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>DARELL RICHARDS,<br><br>                Defendant. | 8:13CR00371<br><br>MEMORANDUM AND ORDER |

      This matter is before the Court on the Defendant's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A). Filing No. 117. The Court stayed this motion pending proof of exhaustion. On September 28, 2021, the Court gave the Defendant sixty (60) days to file proof of exhaustion with the prison system. Filing No. 118. On December 14, 2021, the Court gave the defendant seven days to comply with Filing No. 118. Defendant did not respond.

      ACCORDINGLY, Defendant's motion for compassionate release, Filing No. 117, is DENIED.

      Dated this 28th day of June, 2022.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                Senior United States District Judge